# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:06-CV-78 |
| BOSTON SCIENTIFIC CORP., SCIMED LIFE SYSTEMS INC., AND BOSTON SCIENTIFIC SCIMED, INC., | § § § § | |
| Defendants. | § § | |

## VERDICT FORM

QUESTION NO. 1:

Do you find by a preponderance of the evidence that the defendant infringes the asserted

claims of the Anderson '364 patent?

Answer "YES" or "NO" for each accused product and each asserted claim.

**A.    Taxus Express2 OTW Stent Delivery Catheters**

Claim 9          Yes

Claim 10         Yes

**B.    Taxus Express2 Monorail Stent Delivery Catheters**

Claim 9          Yes

Claim 10         Yes

**C.    Express2 OTW Stent Delivery Catheters**

Claim 9          Yes

Claim 10     _yes_

**D.    Express2 Monorail Stent Delivery Catheters**

Claim 9     _yes_

Claim 10     _yes_

**E.    Liberté OTW Stent Delivery Catheters**

Claim 9     _yes_

Claim 10     _yes_

**F.    Liberté Monorail Stent Delivery Catheters**

Claim 9     _yes_

Claim 10     _yes_

**G.    Maverick OTW Catheters**

Claim 9     _yes_

Claim 10     _yes_

**H.    Maverick Monorail Catheters**

Claim 9     _yes_

Claim 10     _yes_

**I.    Maverick2 Monorail Catheters**

Claim 9     _yes_

Claim 10     _yes_

QUESTION NO 2:

Do you find by a preponderance of the evidence that the defendant infringes the asserted

claims of the Fitzmaurice '358 patent?

Answer "YES" or "NO" for each accused product and each asserted claim

**A.      Taxus Express2 OTW Stent Delivery Catheters**

Claim 1        yes

Claim 2        yes

Claim 3        yes

Claim 4        yes

**B.      Taxus Express2 Monorail Stent Delivery Catheters**

Claim 1        yes

Claim 2        yes

Claim 3        yes

Claim 4        yes

Claim 5        yes

Claim 6        yes

**C.      Express2 OTW Stent Delivery Catheters**

Claim 1        yes

Claim 2        yes

Claim 3        yes

Claim 4        yes

3

**D.**    **Express2 Monorail Stent Delivery Catheters**

Claim 1    Yes

Claim 2    Yes

Claim 3    Yes

Claim 4    Yes

Claim 5    Yes

Claim 6    Yes

**E.**    **Liberté OTW Stent Delivery Catheters**

Claim 1    Yes

Claim 2    Yes

Claim 3    Yes

Claim 4    Yes

**F.**    **Liberté Monorail Stent Delivery Catheters**

Claim 1    Yes

Claim 2    Yes

Claim 3    Yes

Claim 4    Yes

Claim 5    Yes

Claim 6    Yes

**G.**    **Maverick OTW Catheters**

Claim 1    Yes

Claim 2    Yes

4

Claim 3        _yes_

Claim 4        _yes_

## H.   Maverick2 Monorail Catheters

Claim 1        _yes_

Claim 2        _yes_

Claim 3        _yes_

Claim 4        _yes_

Claim 5        _yes_

Claim 6        _yes_

## I.   Quantum Maverick OTW Catheters

Claim 1        _yes_

Claim 2        _yes_

Claim 3        _yes_

Claim 4        _yes_

## J.   Quantum Maverick Monorail Catheters

Claim 1        _yes_

Claim 2        _yes_

Claim 3        _yes_

Claim 4        _yes_

Claim 5        _yes_

Claim 6        _yes_

QUESTION NO. 3:

Do you find by a preponderance of the evidence that the defendant infringes the asserted

claims of the Fitzmaurice '057 patent?

Answer "YES" or "NO" for each accused product and each asserted claim.

**A.    Taxus Express2 OTW Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        yes

**B.    Taxus Express2 Monorail Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        yes

**C.    Express2 OTW Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

**D.    Express2 Monorail Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

E.    **Liberté OTW Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

F.    **Liberté Monorail Stent Delivery Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

G.    **Maverick OTW Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

H.    **Maverick2 Monorail Catheters**

Claim 1        Yes

Claim 2        Yes

Claim 3        Yes

Claim 4        Yes

7

**I.    Quantum Maverick OTW Catheters**

Claim 1    _yes_

Claim 2    _yes_

Claim 3    _yes_

Claim 4    _yes_

**J.    Quantum Maverick Monorail Catheters**

Claim 1    _yes_

Claim 2    _yes_

Claim 3    _yes_

Claim 4    _yes_

QUESTION NO. 4:

Do you find by clear and convincing evidence that the asserted claims are invalid because they are anticipated?

Answer "Yes" or "No" for each asserted claim.

**A.**    **The Anderson '364 Patent**

Claim 9        NO

Claim 10       NO

**B.**    **The Fitzmaurice '358 Patent**

Claim 1        NO

Claim 2        NO

Claim 3        NO

Claim 4        NO

Claim 5        NO

Claim 6        NO

**C.**    **The Fitzmaurice '057 Patent**

Claim 1        NO

Claim 2        NO

Claim 3        NO

Claim 4        NO

QUESTION NO. 5:

Do you find by clear and convincing evidence that the asserted claims are invalid because

they are obvious?

Answer "Yes" or "No" for each asserted claim.

**A.**     **The Anderson '364 Patent**

Claim 9 _____NO_____

Claim 10 _____NO_____

**B.**     **The Fitzmaurice '358 Patent**

Claim 1 _____NO_____

Claim 2 _____NO_____

Claim 3 _____No_____

Claim 4 _____NO_____

Claim 5 _____NO_____

Claim 6 _____NO_____

**C.**     **The Fitzmaurice '057 Patent**

Claim 1 _____NO_____

Claim 2 _____No_____

Claim 3 _____NO_____

Claim 4 _____No_____

QUESTION NO. 6:

Do you find by clear and convincing evidence that the asserted claims are invalid because they fail to satisfy the written description requirement?

Answer "Yes" or "No" for each asserted claim.

**A.     The Anderson '364 Patent**

Claim 9      NO

Claim 10     NO

**B.     The Fitzmaurice '358 Patent**

Claim 1      NO

Claim 2      NO

Claim 3      NO

Claim 4      NO

Claim 5      NO

Claim 6      NO

**C.     The Fitzmaurice '057 Patent**

Claim 1      NO

Claim 2      NO

Claim 3      NO

Claim 4      NO

QUESTION NO. 7:

Do you find by clear and convincing evidence that the asserted claims are invalid because they are not enabled?

Answer "Yes" or "No" for each asserted claim.

**A.      The Anderson '364 Patent**

Claim 9 _____NO_____

Claim 10 _____NO_____

**B.      The Fitzmaurice '358 Patent**

Claim 1 _____NO_____

Claim 2 _____NO_____

Claim 3 _____NO_____

Claim 4 _____NO_____

Claim 5 _____NO_____

Claim 6 _____NO_____

**C.      The Fitzmaurice '057 Patent**

Claim 1 _____NO_____

Claim 2 _____NO_____

Claim 3 _____NO_____

Claim 4 _____NO_____

12

If you find that the defendant has infringed any of the claims of the **Anderson '364 patent** and that the infringed claims are not invalid, then answer the following Question. Otherwise, do not answer the following Question.

QUESTION NO. 8:

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement of the Anderson '364 patent you have found?

Answer in dollars and cents, if any, for a reasonable royalty

Answer:    ~~$250,000,000.~~ 00 our

$ 83,000,000. 00

13

If you find that the defendant has infringed any of the claims of the **Fitzmaurice '358 and '057 patents** and that the infringed claims are not invalid, then answer the following Question. Otherwise, do not answer the following Question. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.

QUESTION NO 9:

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement of the Fitzmaurice '358 and '057 patents you have found?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer:   $ _167,000,000.00_

Signed this _27_ day of May, 2008.

_____
JURY FOREPERSON

14