**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., | § | |
| MEDTRONIC USA, INC. , | § | |
| MEDTRONIC, INC., AND | § | |
| MEDTRONIC VASCULAR GALWAY, | § | |
| LTD. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-78 (TJW) |
| | § | |
| BOSTON SCIENTIFIC CORP., | § | |
| SCIMED LIFE SYSTEMS INC., AND | § | |
| BOSTON SCIENTIFIC SCIMED, INC. | § | |
| | § | |
| Defendant. | § | Jury Trial Requested |

**JOINT PROPOSED REDUCTION TO THE DAMAGES AWARD FOR THE
ANDERSON PATENT PURSUANT TO THE COURT'S ORDER (DKT. 255)**

Case 2:06-cv-00078-TJW   Document 258   Filed 07/21/08   Page 2 of 6 PageID #: 14426

1

Pursuant to the Court's Order (Dkt. 255) (hereinafter "Order"), Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. (collectively "Medtronic") and defendants Boston Scientific Corporation, Scimed Life Systems, Inc., and Boston Scientific Scimed, Inc. (collectively "Boston Scientific" or "BSC") file this joint proposed reduction to the damages award for the Anderson Patent (U.S. Patent No. 6,210,364).[1]

The parties agree that the overall reduction in the value of the royalty base for the Anderson Patent is 77 percent. Applying this percentage to the $83 million jury award attributable to the Anderson Patent (*see* Dkt. 213 at 13) results in a revised damages award of $19.09 million. This revised award is based on the financials produced by BSC at PX636 and Exhibit 2 hereto, which is BSC's corrected listing of the untested sizes.

---

[1] This submission is without prejudice to the parties' rights to challenge the jury verdict, the Order, or any subsequent order of the Court in connection with BSC's pending JMOLs (*see* Dkt. 200), or the July 31, 2008 bench trial, including, but not limited to, Medtronic's Motion for Reconsideration of the Court's Order (*see* Dkt. 257).

Austin 44916v1

|  |  |
|---|---|
| DATED: July 21, 2008 | Respectfully submitted, |

**McKOOL SMITH, P.C.**

/s/ Sam Baxter
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 East Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Mark L. Mathie
Texas State Bar No. 13191550
mmathie@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Thomas Guy Fasone, III
Texas State Bar No. 00785382
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:     (214) 978-4000
Telecopier:    (214) 978-4044

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS MEDTRONIC VASCULAR, INC., MEDTRONIC, INC., and MEDTRONIC USA, INC.**

/s/ *Calvin Capshaw*
Calvin Capshaw – Lead Attorney
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 200
Long View, TX 75601-5157
Telephone:903-236-9800
Facsimile:  903-236-8787

Of Counsel:

Wallace Wu (admitted *pro hac vice*)
wuw@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone:  213-892-1812
Facsimile:  213-892-2300

Edward Han (admitted *pro hac vice*)
hane@howrey.com
Matthew M. Wolf (admitted *pro hac vice*)
wolfm@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, D.C. 20004-2407
Telephone:  202-383-0800
Facsimile:  202-383-6610

**ATTORNEYS FOR DEFENDANTS BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE SYSTEMS, INC., AND BOSTON SCIENTIFIC SCIMED, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This motion was served via electronic mail on all counsel who have consented to electronic service.

/s/ Josh Budwin
Josh Budwin

## **CERTIFICATE OF CONFERENCE**

The Parties have discussed and agreed to the substance of the subject matter set forth herein.

/s/ Josh Budwin
Josh Budwin

5