# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC. ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2-06-CV-78 (TJW) |
| | § | |
| BOSTON SCIENTIFIC CORP. ET AL., | § | |
|     Defendants. | § | |
| | § | |

## FINAL JUDGMENT

The parties to this case selected a jury on May 2, 2008. The trial commenced on May 16, 2008 and the jury reached its verdict on May 27, 2008. In accordance with the jury's verdict, the court renders the following judgment:

The jury having determined that the defendants, Boston Scientific Corporation, SciMed Life Systems Inc. and Boston Scientific SciMed, Inc. (collectively "BSC") have infringed claims 9 and 10 of United States U.S. Patent No. 6,210,364 ("the '364 Patent"); the jury having failed to find that any of the asserted claims are invalid; it is ORDERED, ADJUDGED, AND DECREED that the plaintiffs, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. (collectively, "Medtronic"), have and recover from BSC, a reasonable royalty of Nineteen Million and Ninety Thousand Dollars ($19,090,000) in actual damages. The court awards an additional Four Million, Five Hundred Fifty Eight Thousand, and One Hundred and Twenty Four Dollars ($4,558,124) in pre-judgment interest. The total awarded is Twenty Three Million, Six Hundred Forty Eight Thousand, and One Hundred and Twenty Four Dollars ($23,648,124). The plaintiff is the prevailing party in this litigation and the court awards costs to the plaintiff as the prevailing party. The judgment shall bear interest at the

lawful federal rate. In light of the court's decision to sever any claims for royalties accruing after the verdict and the absence of any request for injunctive relief, this is a final judgment. All pending motions are denied as moot.

SIGNED this 23rd day of January, 2009.

*T. John Ward*

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE