IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GATEWAY, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP., SCIMED LIFE SYSTEMS INC., AND BOSTON SCIENTIFIC SCIMED, INC.<br><br>Defendants. | CASE NO. 2-06-CV-78 (TJW) |

**SATISFACTION OF FINAL JUDGMENT**

Plaintiffs Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Vascular Galway, Ltd. and Defendants Boston Scientific Corporation, SciMed Life Systems Inc., and Boston Scientific SciMed, Inc., through their respective counsel, hereby notify the Court that the Final Judgment entered in the above-captioned case, dated January 23, 2009 (Dkt. No. 284), has been satisfied, released, and discharged in full as to all named Defendants.

Respectfully submitted,

/s/ Samuel F. Baxter
Samuel F. Baxter (SBN 01938000)
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 E. Houston, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Facsimile: 903-923-9099

Theodore Stevenson III (SBN 19196650)
tstevenson@mckoolsmith.com
Mark L. Mathie (SBN 13191550)
mmathie@mckoolsmith.com
Bradley W. Caldwell (SBN 24040630)
bcaldwell@mckoolsmith.com
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: 214-978-4000
Fax: 214-978-4044

*Attorneys for Plaintiffs*


/s/ S. Calvin Capshaw
Calvin Capshaw – Lead Attorney (SBN 03783900)
ccapshaw@mailbmc.com
Elizabeth L. DeRieux (SBN 05770585)
ederieux@mailbmc.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Telephone: 903-236-9800
Facsimile: 903-236-8787

Of Counsel:
Edward Han (admitted *pro hac vice*)
hane@howrey.com
Matthew M. Wolf (admitted *pro hac vice*)
wolfm@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, D.C. 20004-2407
Telephone: 202-383-0800
Facsimile: 202-383-6610

Wallace Wu (admitted *pro hac vice*)
wuw@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: 213-892-1812
Facsimile: 213-892-2300

> Robert E. McAlhany, Jr. (admitted *pro hac vic*e)
> mcalhanyr@howrey.com
> HOWREY LLP
> 1950 University Avenue, 4th Floor
> East Palo Alto, CA 94303
> Telephone: 650-798-3500
> Facsimile: 650-798-3600
> ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 17th day of February, 2009. Local Rule CV-5(a)(3)(A).

/s/ Sam Baxter